**Order issued October 4, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01702-CR
No. 05-11-01703-CR

**PRESTON QUIN BOAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-80538-07, 401-80539-07**

# O R D E R

These appeals are **REINSTATED**.

We **ADOPT** the trial court's September 5, 2012 finding that appellant should receive a thirty-day extension to file his brief.

Appellant's brief received by the Clerk of the Court on October 1, 2012 is **DEEMED** timely filed on the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

LANA MYERS
JUSTICE